UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                            **LEXINGTON**

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff/Respondent,       ) Criminal Action No. 5:03-124-JMH
                                ) (Civil Action No. 08-7012-JMH)
                                )
v.                              )
                                )
                                )           **ORDER**
TIMOTHY WAYNE KELLOGG,          )
                                )
    Defendant/Movant.           )
                                )
                                )

                    **      **      **      **      **

On February 26, 2008, Defendant/Movant Timothy Kellogg moved pro se for relief under 28 U.S.C. § 2255. DE #146. The United States responded in opposition on July 1, 2008, DE #155, and on September 2, 2008, Kellogg filed a pro se reply. DE #158.

A little over nine months later, Hon. Marcia G. Shein moved for admission *pro hac vice* to represent Defendant/Movant, DE #161, and the court granted the motion. DE #163. On August 27, 2009, Kellogg moved, by counsel, to supplement his section 2255 motion, DE #165, and the court granted that motion, ordering the tendered supplement to be filed into the record. DE #170 and DE #172 . The supplement purports to clarify and summarize the three issues raised in Kellogg's section 2255 motion. DE #172.

On December 27, 2010, Magistrate Judge Wier recommended that the court deny section 2255 relief on all grounds and deny a

                                1

certificate of appealability. See DE #175. Kellogg, by counsel, filed objections to Magistrate Judge Wier's recommended disposition of the case. DE #176.

Having considered the matter *de novo* in light of Kellogg's objections,

**IT IS ORDERED** herein as follows:

(1) That Magistrate Judge Wier's recommended disposition of the case be, and the same here by is, **ADOPTED.**

(2) That the motion for relief under 28 U.S.C. § 2255 as supplemented be, and the same hereby is, **DENIED** in its entirety.

(3) That no certificate of appealability issue.

This the 7th day of April, 2011.



Signed By:
*Joseph M. Hood*
United States District Judge